IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,

    Plaintiff,                          No. CIV S-11-0253 MCE DAD PS

    v.

RAY GEORGE, et al.,

    Defendants.               <u>ORDER STRIKING THIRD AMENDED COMPLAINT AND SECOND ORDER REGARDING SERVICE OF PROCESS</u>

/

        On August 5, 2011, the court ordered plaintiff to prepare specific documents and submit them to the United States Marshal for service on defendant Ray George. Plaintiff was ordered to submit the required documents within thirty days and to file a statement confirming that the documents were submitted. Plaintiff has instead filed a third amended complaint.

        Plaintiff is informed that parties are not permitted to amend their pleadings at will. The court did not order plaintiff to amend his pleading a third time, and the proposed pleading has not been filed pursuant to any applicable rule. The court declines to consider further amendments to plaintiff's pleading until service of process has been effected on defendant George and the defendant has filed an answer to the complaint or a motion permitted by the Federal Rules of Civil Procedure. Accordingly, the court will direct the Clerk to strike plaintiff's proposed third amended complaint.

1

Moreover, plaintiff is cautioned that

> [a]ny individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure, these [Local] Rules, and all other applicable law. All obligations placed on "counsel" by these Rules apply to individuals appearing <u>in propria persona</u>. Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules.

Local Rule 183. "Failure of counsel or of a party to comply with these [Local] Rules <u>or with any order of the Court</u> may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110 (emphasis added).

IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall strike the proposed third amended complaint filed by plaintiff on August 11, 2011 (Doc. No. 15.).

2. Within fourteen (14) days after this order is served, plaintiff shall comply with the court's order filed August 5, 2011 (Doc. No. 13) regarding submission of documents to the United States Marshal; in addition to the documents plaintiff was previously ordered to submit, plaintiff shall also submit to the Marshal a copy of this order.

3. Within seven (7) days after submitting the required materials to the United States Marshals Service, plaintiff shall file with the court a declaration stating the date on which he submitted the documents to the United States Marshal. Failure to comply with this order in a timely manner will result in an order imposing an appropriate sanction.

DATED: September 13, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\harrell0253.ord.svc2