IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,

    Plaintiff,                        No. CIV S-11-0253 MCE DAD PS

    v.

RAY GEORGE, et al.,                   ORDER

    Defendants.

_____/

        Plaintiff, Peter Harrell, is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. The case was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

        On November 18, 2011, counsel for defendant noticed defendant's motion to strike for hearing before the undersigned on December 16, 2011. On November 29, 2011, counsel for defendant rescheduled that hearing for January 6, 2012. On December 5, 2011, plaintiff filed a motion for an extension of time to file an opposition to defendant's motion. Plaintiff states therein that he requires additional time because he uses local public libraries to conduct his legal research and that the holiday season disrupts his access to those facilities. Good cause appearing, plaintiff's motion will be granted. However, plaintiff is cautioned that no

/////

1 further extensions of time will be granted for the filing of an opposition to the pending motion to
2 strike.

3         Accordingly, IT IS HEREBY ORDERED that:

4         1. Plaintiff's December 5, 2011, motion for an extension of time (Doc. No. 25) is
5 granted.

6         2. The hearing of defendant's pending motion on January 6, 2012, is vacated, and
7 rescheduled for **Friday, February 10, 2012, at 10:00 a.m.**, at the United States District Court,
8 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.  Any party
9 may appear at the hearing telephonically <u>if</u> the party pre-arranges such appearance by contacting
10 Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, <u>no later</u>
11 <u>than 48 hours before the hearing</u>; a land line telephone number must be provided.

12         3. Plaintiff shall file and serve his opposition, if any, to defendant's motion to
13 strike not less than seventeen (17) days prior to the hearing if service is by mail and fourteen (14)
14 days prior to the hearing if the motion is served personally.

15 DATED: December 9, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

19 DAD:6
Ddad1\orders.prose\harrell253.eot.ord

2