Wayne H. Maire, State Bar No.:  88850
Patrick L. Deedon, State Bar No.: 245490
**MAIRE & BURGESS**
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)

Attorney(s) for Defendant,
RAY GEORGE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>    Plaintiff,<br><br>vs.<br><br>RAY GEORGE, CLAY SLOAN, RON COX, BEVERLY COX, LAWRENCE FRYE, BARBARA KIRK, SHIRLEY FRALEY, VIRGINIA PELSOR, KENNETH "FRANK" BUTRAM, and JOHN DOES 1-50,<br><br>    Defendants.<br>_____/ | CASE NO.:    2:**11-cv-00253 MCE DAD PS**<br><br>**ORDER TO SEAL DOCUMENTS** |

   IT IS HEREBY ORDERED that the Maire and Burgess billing invoices submitted by Defendant Ray George be placed under seal of Court, and only this Court and Defendant may view said billing invoices.

Dated:  November 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE