UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>        Plaintiff,<br><br>   v.<br><br>RAY GEORGE, CLAY SLOAN, RON COX, BEVERLY COX, LAWRENCE FRYE, BARBARA KIRK, SHIRLEY FRALEY, VIRGINIA PELSOR, KENNETH "FRANK" BUTRAM, and JOHN DOES 1-50,<br><br>        Defendants. | No. 2:11-cv-00253-MCE-DAD-PS<br><br><br><br>**ORDER** |

    Defendant Ray George seeks attorney's fees in this matter following his successful motion to strike in this matter.  On September 24, 2012, this Court adopted the findings and recommendations of the assigned magistrate judge that this matter be dismissed, and judgment was entered accordingly dismissing the case in its entirety, with prejudice.  Defendant George's Motion for Attorney's Fees and Costs now asks the Court to award to him the sum of $20,200.97 in fees and costs as the prevailing party.

///

1     Despite the fact that this case has been concluded at the
2 district court level, on October 22, 2012, Plaintiff Peter T.
3 Harrell filed a Notice of Appeal as to this court's September 24,
4 2012 Order Adopting Findings and Recommendations and the Judgment
5 entered pursuant thereto.
6     This Court may defer its ruling on attorney's fees when an
7 appeal on the merits is pending.  <u>See</u> 1993 Advisory Committee
8 Notes to Federal Rule of Civil Procedure 54(d) ("if an appeal on
9 the merits of the case is taken, the [district] court may rule on
10 the claim for fees, may defer its ruling on the motion, or may
11 deny the motion without prejudice directing under subdivision
12 (d)(2)(B) a new period for filing after the appeal has been
13 resolved"); <u>see also</u> <u>Dumas v. New United Motor Mfg.</u>,
14 2007 WL 1880377 at *2 (N.D. Cal. 2007).
15     Given the pendency of Plaintiff's appeal, Defendant George's
16 Motion for Attorney's Fees and Costs (ECF No. 49) is DENIED[1] at
17 this juncture, without prejudice to being renewed following
18 disposition of this matter upon appeal.
19     IT IS SO ORDERED.

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court ordered these matters submitted on the briefs. E.D. Cal. Local Rule 230(g).

2